IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.             CIVIL NO. 1:18 CV 508 KG-LF

WILLIAM D. HUNTER,

    Defendant.

## ORDER GRANTING WRIT OF ASSISTANCE

THIS MATTER comes before the Court upon the United States' Motion for a Writ of Assistance, (Doc. 16). This Court entered a Default Judgment and Decree of Foreclosure and Order of Sale December 10, 2018 (Doc. 12) in the above captioned case. The Defendant was to turn over certain equipment for sale with respect to a debt owed to the Farm Services Agency, ("FSA"). To date the Defendant has failed to comply with the Court's Order of December 10, 2018.

IT IS, THEREFORE, ORDERED that the Clerk of the Court issue a Writ of Assistance, directing the U.S. Marshal to seize possession of the equipment that is at issue in this action and to turn over the equipment to the FSA.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY

JOHN C. ANDERSON
UNITED STATES ATTORNEY

*<u>Electronically submitted November 18, 2019</u>*
MANUEL LUCERO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505)224-1467
manny.lucero@usdoj.gov